

1

2

3

4

5

6

7

8

9

10

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Pineda - Ortiz, Adan<br><br>　　　　　Defendant. | Case No.: SACR 08- 00240 -JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ C D C A _____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.　　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backyrd_ _Cmty_ _ties_ _unknown;_ _bail_ _resources_ _unknown;_ _illegal_ _immigration_ _status;_ _conduct_ _in_ _not_ _complying_ _with_ _supervision_ _conditions;_ _association_ _with_

1   multiple personal identifiers; prior instance of
2   absconding from supervision
3   and/or
4   B.   (✓) The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on   criminal history record, consisting
8   of prior arrests and a conv for narcotics
9   trafficking
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.
15
16   DATED: _____7/31/12_____
17                                        ROBERT N. BLOCK
                                          UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28